

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00237-CV

ADRIAN PEGUES, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF IDA PEGUES,
DECEASED, AND ON BEHALF OF
JESSICA PORTER, VIRGINIA
MANUAL, CAROLYN HOLLAND,
RODERICK PEGUES, VICTOR
PEGUES, VALERIE ELDER, AND
ANY OTHER WRONGFUL DEATH
BENEFICIARIES

APPELLANT

V.

VIRENDRA K. AGARWAL, M.D.
AND VIRENDRA KUMAR
AGARWAL, M.D., P.A.

APPELLEES

------------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellants' Motion For Voluntary Dismissal Of Appeal (Unopposed)." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  February 17, 2011